No. 91–809. GRIFFIN *v.* FIRST GIBRALTAR BANK, FSB. C. A. 5th Cir. Certiorari denied.

No. 91–829. ESTATE OF JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–833. CROWLEY *v.* BARNETT BANK OF PASCO COUNTY. C. A. 11th Cir. Certiorari denied.

No. 91–836. UNION BANK OF SWITZERLAND *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–837. KRESS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–841. COLORADO *v.* AULD. Ct. App. Colo. Certiorari denied.

No. 91–845. VOGT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–846. MILZMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–848. ROANOKE RIVER BASIN ASSN. ET AL. *v.* HUDSON, NORFOLK DISTRICT ENGINEER, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–850. ENGLAND *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 91–867. ESTATE OF MCALLISTER, DECEASED, ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–877. ERNST & YOUNG *v.* REVES ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–880. PUMA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–887. KRUGLIAK ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–888. WERME *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.